# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NEAL JACKSON,** : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:15-2007** |
| v. : | **(Judge Mannion)** |
| **ABC, NFL-FCC GOODALL,** : | |
| **Defendants** : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the report of Judge Carlson, (Doc. 7), is **ADOPTED IN ITS ENTIRETY**. Plaintiff's complaint, (Doc. 1), is **DISMISSED**. Leave to amend is **DENIED**. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 12, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2007-01-Order.wpd